UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRIS WANKEN,           ) | |
| ) | |
| Plaintiff,          ) | |
| ) | CIVIL ACTION NO. |
| VS.                                  ) | |
| ) | 3:12-CV-2107-G (BK) |
| DWIGHT WANKEN,           ) | |
| ) | |
| Defendant.       ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Defendant filed objections, and the district court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

November 27, 2012.

_____
**A. JOE FISH**
**Senior United States District Judge**